UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETTY LOU WING,

              Plaintiff,                      Case No. 17-11288
                                                  Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties'

Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the

Commissioner of Social Security for further proceedings in accordance with that order.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  November 21, 2017


I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on November 21, 2017, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764